DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELIAMISE ALEXIS,**
Appellant,

v.

**HOMEOWNERS CHOICE PROPERTY & CASUALTY INSURANCE CO.,
INC.**
Appellee.

No. 4D18-3361

[April 2, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE16-003355.

Melissa A. Giasi of Giasi Law, P.A., Tampa, for appellant.

Scott A. Cole of Cole, Scott & Kissane, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***